Entered on Docket
March 25, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Litton Loan Servicing
09-77001

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-08-13232-bam |
|---|---|
| Antonio Boggess | Date: 3/16/10<br>Time: 1:30 p.m. |
|  | Chapter 13 |
| Debtor |  |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

1  Secured Creditor Litton Loan Servicing, its assignees and/or successors in interest, of the subject
2  property, generally described as 1113 Fay Boulevard, Las Vegas, NV 89108

4        **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Secured Creditor
5  hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall
6  notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may
7  thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-
8  five (45) days after the foreclosure sale.
9        DATED this 22 day of March, 2010.

11  Submitted by:

12  **WILDE & ASSOCIATES**
13  By: /s/ #10099
     **Gregory L. Wilde, Esq.**
14  Attorney for Secured Creditor
    208 South Jones Boulevard
15  Las Vegas, Nevada 89107

16  APPROVED / DISAPPROVED

17  By:_____
18  David Krieger
    1020 Garces Ave., Suite 100
19  Las Vegas, NV 89101
    Attorney for Debtor(s)
20
21  Nevada Bar No:_____

22
23  APPROVED / DISAPPROVED

24  By:_____
    Rick A. Yarnall
25  701 Bridger Avenue #820
    Las Vegas, NV 89101
26  Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
    \_\_\_\_ The court waived the requirements of LR 9021.
    \_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
    \_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
    \_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
    \_\_\_\_ approved the form of this order    \_\_\_\_ disapproved the form of this order
    \_\_\_\_ waived the right to review the order and/or  \_x\_ failed to respond to the document
    \_\_\_\_ appeared at the hearing, waived the right to review the order
    \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    \_\_\_\_ approved the form of this order    \_\_\_\_ disapproved the form of this order
    \_\_\_\_ waived the right to review the order and/or  \_x\_ failed to respond to the document

    \_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
    \_\_\_\_ approved the form of this order    \_\_\_\_ disapproved the form of this order
    \_\_\_\_ waived the right to review the order and/or  \_\_\_\_ failed to respond to the document
    \_\_\_\_ appeared at the hearing, waived the right to review the order
    \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    \_\_\_\_ approved the form of this order    \_\_\_\_ disapproved the form of this order
    \_\_\_\_ waived the right to review the order and/or  \_\_\_\_ failed to respond to the document

    \_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor